# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **Devann Dillard** | Action No:  6:22CV00031 |
| | Date:  July 20, 2023 |
| vs. | Judge:  Norman K. Moon |
| | Court Reporter:  Lisa Blair |
| **The City of Lynchburg, et al.** | Deputy Clerk:  Carmen Amos |

Plaintiff Attorney(s)  
M. Paul Valois

Defendant Attorney(s)  
Jim H. Guynn, Jr.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:          DEFENDANT:

1.                                                      1.

PROCEEDINGS:

All parties present by Zoom video-conference for hearing on the following motions:

ECF No. 21 – Motion to Dismiss for Failure to State a Claim filed by Defendants Titus Burgess, Alex Lucy, Elijah Phelps, Caitlyn Pritchard, Seth Reed, and The City of Lynchburg;

ECF No. 26 – Motion to Dismiss for Failure to State a Claim filed by Defendant Gary Abbott;

ECF No. 32 – Motion to Dismiss for Failure to Statea Claim filed by Defendant Kelsey File;

ECF No. 34 – Motion to Dismiss for Failure to State a Claim filed by Defendant Jaymie Turner;

ECF No. 41 – Motion to Dismiss Amended Complaint filed by Defendant Jarrod Cox;

Arguments heard.   The parties agree that the state law claims should be dismissed.   Appropriate opinion and order forthcoming.

Time in Court:  2:01 – 2:24 p.m.   (23 minutes)