| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: Beth R. Cundiff for Jim Guynn, Jr. | TELEPHONE NUMBER: 540-387-2320 |
|---|---|---|
| DATE OF REQUEST: 9/27/2023 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): BethR@guynnwaddell.com | |
| MAILING ADDRESS: 415 S. College Ave. | | CITY, STATE, ZIP CODE: Salem, VA 24153 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Lisa Blair  OR  CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 6:22cv31 | CASE NAME: Dillard v City of Lynchburg, et al. | JUDGE'S NAME: Norman Moon |
| DATE(S) OF PROCEEDING(S): 7/20/2023 | TYPE OF PROCEEDING(S): Motion to Dismiss hearing | LOCATION OF PROCEEDING: via Zoom (Lynchburg Division) |

REQUEST IS FOR: (*Select one*)  [✓] FULL PROCEEDING   OR   [✓] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):
all portions in which there was discussion and argument related to defense counsel's withdrawal of his motion to dismiss regarding Defendant Cox.

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[✓] Ordinary (30-Day)   [ ] Daily
[ ] 14-Day              [ ] Hourly
[ ] Expedited (7-Day)   [ ] RealTime
[ ] 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

DATE: 9/27/2023   SIGNATURE: *Beth R. Cundiff for Jim H. Guynn, Jr.*

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.