CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

10/2/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

DEVANN DILLARD,

                *Plaintiff,*

v.

JARROD COX.,

                *Defendant.*

CASE NO. 6:22-cv-00031

ORDER

JUDGE NORMAN K. MOON

    Plaintiff Devann Dillard and Defendant Jarrod Cox[1] filed a Joint Motion to Continue and to Modify the Pretrial Order. Dkt. 49; Dkt. 11. The parties have conferred with the Clerk of the Court and agreed on new trial dates.

    Trial is scheduled for July 16-18, 2024. The deadlines in the Pretrial Order for completion of discovery and for filings and hearings on dispositive motions are to be observed in relation to this date. Dkt. 11 at 1.

    The court **GRANTS** the parties' Joint Motion to Continue and to Modify the Pretrial Order. Dkt. 49. All other aspects of the Pretrial Order remain in effect.

    It is so **ORDERED**.

    The Clerk of Court is directed to send this Order to all counsel of record.

    Entered this 2nd day of October, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The other Defendants who joined this motion have since been terminated from the case. Dkt. 50.