# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| **DEVANN DILLARD** )  | |
| *Plaintiff*, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **THE CITY OF LYNCHBURG** ) | **CASE NO.: 6:22cv00031** |
| ) | |
| **and** ) | |
| ) | |
| **JARROD COX,** ) | |
| **ELIJAH PHELPS,** ) | |
| **CAITLYN PRITCHARD,** ) | |
| **JAYMIE TURNER,** ) | |
| **SETH REED,** ) | |
| **JAVAZ WILLIAMS,** ) | |
| **GARY ABBOTT,** ) | |
| **SALLY BOOTH,** ) | |
| **KELSEY FILE,** ) | |
| **ALEX LUCY,** ) | |
| **TITUS BURGESS,** ) | |
| **LISA SINGLETON** ) | |
| ) | |
| **and** ) | |
| ) | |
| **LPD OFFICERS JOHN DOES 1-10,** ) | |
| *in their individual capacities* ) | |
| *Defendants*. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and the Defendants, jointly and by counsel, to stipulate to the dismissal with prejudice of all counts against each of the Defendants in the above-styled case.

**DEVANN DILLARD,**
**Plaintiff**

**and**

THE CITY OF LYNCHBURG, JARROD COX, ELIJAH PHELPS, CAITLYN PRITCHARD, JAYMIE TURNER, SETH REED, JAVAZ WILLIAMS, GARY ABBOTT, SALLY BOOTH, KELSEY FILE, ALEX LUCY , TITUS BURGESS, LISA SINGLETON and JOHN DOES 1 10,
Defendants

By Counsel

By:  /s/ M. Paul Valois
    M. Paul Valois, Esquire (VSB #72326)
    JAMES RIVER LEGAL ASSOCIATES
    7601 Timberlake Road
    Lynchburg, Virginia 24502
    P (434) 845-4529
    F (434) 845-8536
    *Counsel for Plaintiff*


By /s/ John R. Fitzgerald
    Jim H. Guynn, Jr., Esquire (VSB # 22299)
    John R. Fitzgerald, Esquire (VSB # 98921)
    GUYNN WADDELL, P.C.
    415 S. College Avenue
    Salem, Virginia 24153
    Phone: 540-387-2320
    Fax: 540-389-2350
    *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2024, I electronically filed the foregoing Memorandum with the Clerk of this Court using the CM/ECF system, which will automatically send notice of this filing to all counsel of record.

/s/ M. Paul Valois